1  Tracy R. Horn (CA Bar No. 258170)
2  **THE TORKZADEH LAW FIRM**
   11601 Wilshire Blvd. Ste. 500
3  Los Angeles, CA 90025
4  Tel: (310) 935-1111 / Fax: (310) 935.0100
   E-mail: Tracy@TorkLaw.com
5
6  Attorneys for Plaintiff
   Sisinio Apat
7

8              UNITED STATES DISTRICT COURT
9        CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| 10  SISINIO APAT, | Case No. 8:16-cv-00399-DOC-KES |
| 11 | |
| 12              Plaintiff, | STIPULATION & JOINT MOTION TO DISMISS WITH PREJUDICE PER RULE 41(a) |
| 13        vs. | |
| 14  MIDLAND FUNDING, LLC; | Judge:    Hon. David O'Carter |
| 15  ET. AL., | Ct.:       9C |
| 16 | Trial:     03/28/2017 @ 8:30a.m. |
| 17              Defendants. | |
| 18 | Location: U.S. Courthouse |
| 19 | 411 W. 4th St. Santa Ana, CA 92701 |

20       PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil
21  Procedure 41(a)(1)(A)(ii), that Plaintiff SISINIO APAT and Defendant
22  MIDLAND FUNDING, LLC (collectively, the "Parties") hereby stipulate and
23  agree to dismiss this action with prejudice.  The Parties agree that each shall bear
24  its own attorneys' fees and costs.
25

                                      - 1 -     *Case# 8:16-cv-00399-DOC-KES*
**TORK**                      Stip. Rule 41(a) Dismissal

P:01073773-2:87026.124

Dismissal under this rule requires no action on the part of the court and divests the court of jurisdiction once the notice of voluntary dismissal is filed. *See e.g., U.S. v. Real Property Located at 475 Martin Lane, Beverly Hills, CA*, 545 F.3d 1134, 1145 (9th Cir. 2008). Rule 41(a) is not limited to the dismissal of an entire action against all defendants. *Hells Canyon Preservation Council v. U.S. Forest Service*, 402 F.3d 683, 687 (9th Cir. 2005). The 9th Circuit extends the rule to permit dismissal of an entire action against individual defendants. *Id.*

**THE BELOW SIGNED STIPULATE AND AGREE TO ALL THE ABOVE**

Date: October 4, 16                    **TORKZADEH LAW FIRM, APC**

By: /s/ Tracy R. Horn
ATTORNEYS FOR PLAINTIFF

**SOLOMON WARD SEIDENWURM**

By: /s/ Mikaela L. Weber
ATTORNEYS FOR DEFENDANT

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mikaela Weber, counsel for Defendants, and that I have obtained her authorization to affix her electronic signature to this document.

Dated: October 4, 16                    /s/ Tracy R. Horn
Attorneys for Plaintiff

# PROOF OF SERVICE

*APAT v. MIDLAND FUNDING, LLC*
C.D. Cal. Case# 8:16-cv-00399-DOC-KES

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I, Tracy R. Horn, am an attorney licensed in California.  My business address is 11601 Wilshire Blvd. Ste. 500, Los Angeles, CA 90025, (310) 935-1111.  I am over 18 years of age, not a party to the within action, and I am exempt from registration under California Business and Professions Code § 22350(b).

I served on <u>October 4, 16</u> the foregoing document(s) described as –

- STIPULATION & JOINT MOTION TO DISMISS WITH PREJUDICE PER RULE 41(a)

- on the other parties in this action by delivering as follows:

Mikaela L. Weber, Esq.
**Solomon Ward Seidenwurm & Smith**
401 B St. Ste. 1200
San Diego, CA 92101
619.231.0303 / fax 619.231.4755
mweber@swsslaw.com
Attorneys for Defendant

[X]     FRCP 5(b)(2)(E): by electronic means as consented to in writing.

**Executed on <u>October 4, 16</u> in San Diego, California.**

I swear under the penalty of perjury under the laws of the state of California that the foregoing is true and correct.

/s/ Tracy R. Horn
Tracy R. Horn

- 3 -     *Case# 8:16-cv-00399-DOC-KES*
Stip. Rule 41(a) Dismissal

P:01073773-2:87026.124

TORK